herein granted to the extent that the proposed brief is accepted as filed. Two additional copies of the brief may be served within 10 days.

SHARWLINE NICHOLSON et al., Respondents, v NICHOLAS SCOP-PETTA et al., Appellants, et al., Defendants.

Submitted June 21, 2004; decided June 24, 2004

Motion by Wilbur McReynolds for leave to appear amicus curiae on consideration of certified question herein granted to the extent that the proposed brief is accepted as filed. Two additional copies of the brief may be served within 10 days.

SHARWLINE NICHOLSON et al., Respondents, v NICHOLAS SCOP-PETTA et al., Appellants, et al., Defendants.

Submitted May 24, 2004; decided June 24, 2004

Motion by Ohio Domestic Violence Network et al. for leave to appear amici curiae on consideration of certified question herein granted to the extent that the proposed brief is accepted as filed. Two additional copies of the brief may be served within 10 days.

In the Matter of NORMAN D., Appellant. COMMISSIONER OF THE NEW YORK STATE OFFICE OF MENTAL HEALTH, Respondent.

Submitted June 1, 2004; decided June 24, 2004

Motion by Donald A. Williams, District Attorney, Ulster County, for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK ANDRADES, Appellant.

Submitted June 21, 2004; decided June 24, 2004

Motion for assignment of counsel granted and Robert S. Dean,